# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICE HOLTON**, <br><br> Plaintiff, <br><br> v. <br><br> **THE BOEING COMPANY,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 2:20-cv-00062-KSM** |

## ORDER

**AND NOW**, this 23rd day of June 2020, having considered Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 15) and Plaintiff's opposition thereto (Doc. No. 21), it is **ORDERED** that Defendant's Motion (Doc. No. 15) is **GRANTED as follows:**

- Plaintiff's Amended Complaint (Doc. No. 14) is **DISMISSED WITHOUT PREJUDICE**;

- Plaintiff shall have until **July 15, 2020** to move for leave to file a second amended complaint;[1]

- If Plaintiff does not timely move for leave to file a second amended complaint, the Court will dismiss this case with prejudice.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] The parties are encouraged to informally exchange the administrative record prior to July 10, 2020, as it appears the parties agree it would be helpful.